**Order entered July 2, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00809-CV

### IN RE JOHN C. GANTER, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13675**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/ MICHAEL J. O'NEILL
   JUSTICE